NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARSHA L. PAYTON,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3212

---

Petition for review of the Merit Systems Protection Board in case no. AT1221110957-W-1.

---

**ON MOTION**

---

## ORDER

Marsha L. Payton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

MARSHA PAYTON V. DHS                                         2

                                            FOR THE COURT

SEP 2 7 2012                                /s/ Jan Horbaly
_____                         Jan Horbaly
         Date                               Clerk

cc:  Marsha L. Payton
     Jeanne E. Davidson, Esq.

s21

                                                    FILED
                                        U.S. COURT OF APPEALS FOR
                                            THE FEDERAL CIRCUIT

                                               SEP 2 7 2012

                                              JAN HORBALY
                                                 CLERK